```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AST Sportswear, LLC,                :
                                    :
                Plaintiff,          :
        v.                          :   06 Civ. 7758 (BSJ)
                                    :
                                    :   Order
Bikm Holdings, Inc.,                :
                                    :
                Defendant.          :
------------------------------------x
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/09
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On October 16, 2006, plaintiff's counsel submitted a letter indicating that the parties had reached a settlement in principle. On November 18, 2008, the Court directed the parties to advise the Court of the status of this case on or before November 25, 2008. The Court has yet to hear from either party. In that light, the Court will dismiss this action unless it receives any objection to dismissal on or before March 30, 2009.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         March 13, 2009